THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND DAFOE, Appellant.— Permission is granted to the appellant, Raymond Dafoe, to present his appeal upon the original papers now in his possession. His brief may be in handwriting. In the alternative, if the district attorney prefer, Raymond Dafoe will deliver to the district attorney these records, which shall be typewritten,

and the appeal will then be heard upon that record, without costs. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; Crapser, J., dissents.